—0—

FILED
CLERK, U.S. DISTRICT COURT

NOV 1 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2: 92-CR-50-JSL |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation |
| | ) Supervised Release) |
| Johnny Rudolph Robles | ) Conditions of Release) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒ the appearance of defendant as required; and/or

(B) ☒ the safety of any person or the community.

//

//

The court concludes:

A.  (X)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will Obey conditions of release; Defendant allegedly absconded from residential treatment; also his criminal history_

(B)  (X)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will not flee — he has violated conditions has no bail resources or sureties._

IT IS ORDERED that defendant be detained.

DATED: _11/19/09_

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2